

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00236-CR

TERRY REESE TANTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1524471

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Terry Reese Tanton pled nolo contendere to and was convicted of the aggravated sexual assault of a child.[1] The trial court sentenced Tanton to fifteen years' imprisonment. Tanton has filed a consolidated brief, in which he raises a single issue common to all of his appeals. He argues that the trial court's failure to admonish him about the possibility of civil commitment led to an "invalid" plea and constituted reversible error.

In our opinion of this date on Tanton's appeal in cause number 06-15-00234-CR, we found this point of error inadequately briefed. For the reasons stated therein, we likewise conclude that Tanton has failed to preserve his sole point of error in this case.

We affirm the trial court's judgment.

Ralph K. Burgess
Justice

Date Submitted:  April 27, 2016
Date Decided:  May 27, 2016

Do Not Publish

---

[1]In companion cases filed under cause numbers 06-15-00234-CR and 06-15-00235-CR, Tanton also appeals from two other convictions of aggravated sexual assault of a child.